UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
EDGAR HERRERA, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

STAR MASONARY, INC. D/B/A STAR MASONARY, FERNANDO DA SILVA, and FABIANA DA SILVA,

                Defendants.
-------------------------------------------------------------------------X

**CLERK'S CERTIFICATE OF DEFAULT**

Civil Action No.
2:24-cv-08717

    I, Brenna B. Mahoney, Clerk of the Court of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on December 20, 2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant Star Masonary, Inc. d/b/a Star Masonary by delivery of a true copy of the Summons and Complaint to the New York Secretary of State, and proof of service was therefore filed on January 16, 2025, Doc. #8;

    I further certify that a copy of the summons and complaint was served on Defendant Fernando Da Silva by personally serving Defendant Fernando Da Silva at Star Masonary at 1036 Old Medford Avenue, Farmingville, New York 11738, and proof of service was thereafter filed on January 29, 2025, Doc. # 11.

    I further certify that a copy of the summons and complaint was served on Defendant Fabiana Da Silva by leaving a true copy of the Summons and Complaint with Defendant Fernando Da Silva, at Star Masonary, 1036 Old Medford Avenue, Farmingville, New York 11738, as well as by mailing a true copy of the Summons and Complaint to Defendant Fabiana Da Silva at the above address, and proof of service was thereafter filed on January 29, 2025, Doc. # 10.

I further certify that the docket entries indicate that the Defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the Defendants is hereby noted.

Dated: Central Islip, New York

     April 23, 2025

                                            BRENNA B. MAHONEY
                                            Clerk of the Court

                                                  /s/ Laurie Coleman
                                      By: _____
                                                    Deputy Clerk